# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Lopez Penaloza,<br>　　　　　Petitioner,<br>v.<br>Kristi Noem, et al.,<br>　　　　　Respondents. | No. CV-25-04777-PHX-DWL (MTM)<br>**ORDER** |

　　　In their response to the OSC, Respondents "acknowledge that Petitioner's claim in this action as to ICE's detention authority and Petitioner's entitlement to a bond hearing appears to be subject to the *Bautista* partial final judgment and to any applicable appellate proceedings relating to it" and further acknowledge that "[t]o the extent the Petition seeks an order requiring Respondents to either immediately release Petitioner or hold a bond hearing, the order should be consistent with what courts in this district have generally ordered in similar cases, which is to require a bond hearing be held within seven (7) days, accounting for any federal holidays."  (Doc. 7.)  In reply, Petitioner asserts that "although [he] does not concede his membership in the Bond Eligible Class certified in *Maldonado Bautista* at this juncture, the holdings in the Certification Order certainly support granting him habeas relief" and, at any rate, "[a]lthough Respondents did not address *Echevarria* . . . , *Maldonado Bautista* is consistent with the holdings in *Echevarria*."  (Doc. 8.)

　　　Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted for the reasons set forth in *Echevarria*.

Accordingly,

**IT IS ORDERED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.
2. Respondents must provide Petitioner a bond redetermination hearing within **7 days** or release him from custody under the same conditions that existed before his detention.
3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.
4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 31st day of December, 2025.

Dominic W. Lanza
United States District Judge